FILED by **YH** D.C.

Jan 31, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **19-20060-CR-MORENO/LOUIS**

21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

LUIS EMILIO CORDON-LINAREZ,
   a/k/a "Luis Emilio Cordon-Linares,"
   a/k/a "La Washa,"
   a/k/a "La Guasha,"

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

Beginning in or around January 2000, the exact date being unknown to the Grand Jury, and continuing until the date of the return of this Indictment, in the countries of Colombia, Guatemala, Honduras, Costa Rica, Mexico and elsewhere, the defendant,

**LUIS EMILIO CORDON-LINAREZ,**
a/k/a "Luis Emilio Cordon-Linares,"
a/k/a "La Washa,"
a/k/a "La Guasha,"

did knowingly and willfully combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending, knowing and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a); all in violation of Title 21, United States Code, Section 963.

With respect to **LUIS EMILIO CORDON-LINAREZ, a/k/a "Luis Emilio Cordon-**

Linares," a/k/a "La Washa," a/k/a "La Guasha," the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant **LUIS EMILIO CORDON-LINAREZ, a/k/a "Luis Emilio Cordon-Linares," a/k/a "La Washa," a/k/a "La Guasha,"** has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 963, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation and any property which the defendant used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Section 853, as made applicable by Title 21, United States Code, Section 970.

A TRUE BILL

_____
FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

WALTER M. NORKIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

LUIS EMILIO CORDON-LINAREZ,

Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

__X__ Miami   ___ Key West
___ FTL      ___ WPB      ___ FTP

New Defendant(s)           Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   __Yes__
   List language and/or dialect    Spanish

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)
   I    0 to 5 days       __X__              Petty    ___
   II   6 to 10 days      ___                Minor    ___
   III  11 to 20 days     ___                Misdem.  ___
   IV   21 to 60 days     ___                Felony   __X__
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)   __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   __No__
   If yes:
   Magistrate Case No.                     _____
   Related Miscellaneous numbers:          _____
   Defendant(s) in federal custody as of   _____
   Defendant(s) in state custody as of     _____
   Rule 20 from the    _____     District of  _____

   Is this a potential death penalty case? (Yes or No)   __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes __X__ No

WALTER M. NORKIN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5502189

*Penalty Sheet(s) attached                                          REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** LUIS EMILIO CORDON-LINAREZ, a/k/a "Luis Emilio Cordon-Linares," a/k/a "La Washa," a/k/a "La Guasha"

**Case No:**

Count #: 1

Conspiracy to distribute five (5) kilograms of cocaine knowing it would be imported into the United States.

Title 21, United States Code, Section 963

*Max. Penalty: Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.