UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CR-20060-Moreno

UNITED STATES OF AMERICA

vs.

LUIS EMILIO CORDON-LINAREZ,

Defendant.
_____/

## STIPULATED FACTUAL PROFFER IN SUPPORT OF PLEA

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, **LUIS EMILIO CORDON-LINAREZ**, are sufficient to prove the guilt of the Defendant of the above-referenced Indictment:

Co-conspirator testimony and corroborating evidence would show that between 2010 and 2019, a group of individuals conspired together with the Defendant to send cocaine from Colombia to Guatemala, with the knowledge and understanding that at least a portion of this cocaine would be imported into the United States. The Defendant acted as both a transporter and an investor and re-seller of cocaine during the conspiracy period. More specifically, as part of the conspiracy during those years, the Defendant would meet and engage in communications with various co-conspirators to arrange for cocaine coming by boat from Colombia to be received in Guatemala and to be transported further north towards the boarder of Guatemala and Mexico. The Defendant would also on occasion invest in cocaine loads coming from Colombia and, once in possession of the drugs, would re-sell the load to other Guatemalan or Mexican purchasers who in turn made

1

arrangements for the drugs to be moved further north into Mexico. The co-conspirators, including the Defendant, were all aware that this cocaine, after arriving in Guatemala or Mexico, would be transported even further north with at least part of the cocaine, specifically at least 5 kilograms, imported into the U.S. In fact, often the drug traffickers, including the Defendant, conducted the drug transactions using U.S. dollars.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 5·10·21         By: _____
                           WALTER M. NORKIN
                           ASSISTANT UNITED STATES ATTORNEY

Date: 5-10-2021       By: _____
                           TODD YODER, ESQ.
                           ATTORNEY FOR DEFENDANT

Date: 5-10-2021       By: _____
                           LUIS EMILIO CORDON-LINAREZ
                           DEFENDANT